IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:21-CV-318

| | |
|---|---|
| CROSSROADS TRUCKING CORP., <br><br> Plaintiff, <br><br> v. <br><br> TRUNORTH WARRANTY PLANS OF NORTH AMERICA, LLC and 19th CAPITAL GROUP, LLC, <br><br> Defendants. | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the remaining Parties, Crossroads Trucking Corporation and TruNorth Warranty Plans of North America, LLC, hereby stipulate and agree to dismiss, *with prejudice*, all claims in this action. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 19th day of December, 2022.

/s/William R. Terpening
William R. Terpening
N.C. Bar 36418

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, NC 28202
terpening@terpeninglaw.com
(980) 265-1700

*Counsel for Plaintiff Crossroads Trucking Corp.*

/s/ Scott D. Anderson
Scott D. Anderson (NC State Bar No. 49044)
Scott.D.Anderson@wbd-us.com
Raymond M. Bennett (NC State Bar No. 36341)
Ray.Bennett@wbd-us.com
Womble Bond Dickinson (US), LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2124

*Attorneys for Defendant TruNorth Warranty Plans of North America, LLC*