IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:21-CV-318

| | |
|---|---|
| CROSSROADS TRUCKING CORP., <br><br> Plaintiff, <br><br> v. <br><br> TRUNORTH WARRANTY PLANS OF NORTH AMERICA, LLC and 19th CAPITAL GROUP, LLC, <br><br> Defendants. | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the remaining Parties, Crossroads Trucking Corporation and TruNorth Warranty Plans of North America, LLC, hereby stipulate and agree to dismiss, *with prejudice*, all claims in this action. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 12th day of January, 2023.

| | |
|---|---|
| /s/William R. Terpening <br> William R. Terpening <br> N.C. Bar 36418 <br><br> **TERPENING LAW PLLC** <br> 221 W. 11th Street <br> Charlotte, NC 28202 <br> terpening@terpeninglaw.com <br> (980) 265-1700 <br><br> *Counsel for Plaintiff Crossroads Trucking Corp.* | /s/ Scott D. Anderson <br> Scott D. Anderson (NC State Bar No. 49044) <br> Scott.D.Anderson@wbd-us.com <br> Raymond M. Bennett (NC State Bar No. 36341) <br> Ray.Bennett@wbd-us.com <br> Womble Bond Dickinson (US), LLP <br> 555 Fayetteville Street, Suite 1100 <br> Raleigh, NC 27601 <br> Telephone: (919) 755-2124 <br><br> *Attorneys for Defendant TruNorth Warranty Plans of North America, LLC* |